No. 12,636.

FINNEGAN *v.* AUTO EQUIPMENT COMPANY.
(292 Pac. 1119)

Decided June 30, 1930. Rehearing denied September 15, 1930.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. V. G. SEAVY, for plaintiff in error.

Mr. FREDRICK P. CRANSTON, for defendant in error.

No. 12,662.

STONEBRAKER *v.* ELLIS ET AL.
(292 Pac. 1119)

Decided August 11, 1930.

Judgment affirmed in department, on application for supersedeas, without written opinion.

Mr. JOSEPH W. HAWLEY, for plaintiff in error.

Mr. FRANK H. HALL, for defendants in error.